⌾AO 93   (Rev. 12/03) Search Warrant

# UNITED STATES DISTRICT COURT

__SOUTHERN__ District of __CALIFORNIA__

In the Matter of the Search of
(Name, address or brief description of person or property to be searched)

One (1) Grey Motorola Boost i425 Cellular Telephone without photo capabilities

## SEARCH WARRANT

Case Number: **'08 MJ 8516**



TO: DAVID NIEBLA and any Authorized Officer of the United States

Affidavit(s) having been made before me by __DAVID NIEBLA__ (Affiant) who has reason to believe that  ☐ on the person of, or  ✓ on the premises known as (name, description and/or location)

**REFER TO ATTACHMENT A**

in the __SOUTHERN__ District of __CALIFORNIA__ there is now concealed a certain person or property, namely (describe the person or property)

**REFER TO ATTACHMENT B**

I am satisfied that the affidavit(s) and any record testimony establish probable cause to believe that the person or property so described is now concealed on the person or premises above-described and establish grounds for the issuance of this warrant.

YOU ARE HEREBY COMMANDED to search on or before __June 16, 2008__
Date

(not to exceed 10 days) the person or place named above for the person or property specified, serving this warrant and making the search ~~in the daytime 6:00 AM to 10:00 P.M.~~ ✓ at anytime in the day or night as I find reasonable cause has been established and if the person or property be found there to seize same, leaving a copy of this warrant and receipt for the person or property taken, and prepare a written inventory of the person or property seized and promptly return this warrant to

__PETER C. LEWIS__ as required by law.
U.S. Magistrate Judge  (Rule 41(f)(4))

__June 6, 2008 @ 3:52 pm__     at   __EL CENTRO, CA__
Date and Time Issued                        City and State

Peter C. Lewis, U. S. Magistrate Judge
Name and Title of Judge                     Signature of Judge

| | RETURN 08MJ8515 | |
|---|---|---|
| DATE WARRANT RECEIVED<br>June 6, 2008 | DATE AND TIME WARRANT EXECUTED<br>June 6, 2008 4:30 PM | COPY OF WARRANT AND RECEIPT FOR ITEMS LEFT WITH<br>Personal Property Pertaining to Defendant |

INVENTORY MADE IN THE PRESENCE OF
Drug Enforcement Administration (DEA) Special Agent Michael Ortiz

INVENTORY OF PERSON OR PROPERTY TAKEN PURSUANT TO THE WARRANT

CONTACTS:
Andres 122*990*11085
Call Balance 225 Speed Dial#249
Call Care 611 Speed Dial#250
Call Re-Boost 233 Speed Dial#248
Pancho 122*990*11086 IP Address 10.212.97.95

RECENT CALLS :
Andres 122*990*11085 11:49pm 6/1/2008 Duration .02
Pancho 122*990*11086 11 :53AM 6/01/2008 Duration 0 :49

MESSAGING :
SUBJECT : BOOST MOBILE ORDER
Status 21138794
THANKS FOR CHOOSING BOOST PHONE!
Your Boost Phone number is 7602224827, your Walkie-Talkie number is 122*991*7667, and the account PIN on your account is 0980.
Your voicemail password is your seven digit phone number. You can access your voicemail and change your password free by calling your cell phone from a landline and pressing star during the greeting.
To: 76022248079@myboostmobile.com
Received: 06/01/2008 12:57PM


TELEPHONE INFORMATION:
76022248079
122*991*7667
Carrier IP : 10.174.115.18

## CERTIFICATION

I swear that this inventory is a true and detailed account of the person or property taken by me on the warrant.

_[signature]_

Subscribed, sworn to, and returned before me this date.

_[signature]_                                  6-16-08
U.S. Judge or Magistrate                        Date

## ATTACHMENT A

## DESCRIPTION OF PROPERTY TO BE SEARCHED

One Grey Motorola Boost i425 cellular telephone without photo capabilities seized from Luz CAZARES and in the custody of DEA.



The cellular telephone to be searched is currently located at the DEA Imperial County District Office, Imperial, California.

## ATTACHMENT B

## ITEMS TO BE SEIZED

All electronically stored information in said cellular phone, which evidences the existence of a conspiracy to import, possess, sell, and distribute controlled substances, including:

    a.    telephone numbers of incoming/outgoing calls stored in the call registry

    b.    telephone numbers and corresponding names to those numbers stored in the cellular telephone's address book;

    c.    any incoming/outgoing text messages which evidences the relationship between the existence of a conspiracy to import, possess or sell controlled substances in violation of 21 U.S.C. §§ 841(a)(1), 846, 952, 960, and 963;

    d.    telephone subscriber information; and

    e.    any other electronic information in the stored memory and/or accessed by the active electronic features of the digital or cellular phone including photographs, e-mail, and voicemail which evidences the existence of a conspiracy to import, possess, sell, and distribute controlled substances in violation of 21 U.S.C. §§ 841(a)(1), 846, 952, 960, and 963

1